# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| CHESTER LAMBERT LILLEY JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:16-CV-00193-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| MATTHEW LEVCHUK, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 28, 2016, Order.

                                                   Signed: October 28, 2016

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court